THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Robert Antonio Steed, Appellant.
 
 
 

Appeal From Charleston County
  Luke N. Brown, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-608
 Submitted December 1, 2004  Filed December 6, 2004

APPEAL DISMISSED

 
 
 
 
 Stephan Victor Futeral, of Mt. Pleasant, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for 
 Respondent.
 
 
 

PER CURIAM:  Robert Antonio Steed was found guilty of 
 criminal conspiracy; first-degree burglary; armed robbery; assault and battery 
 with intent to kill (ABIK); and murder.  He was sentenced to five years for 
 conspiracy; thirty years for first-degree burglary; thirty years for armed robbery; 
 twenty years for ABIK; and thirty years for murder. 
Steeds appellate counsel filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally 
 submitted a petition to be relieved from representation, asserting there are 
 no directly appealable issues of arguable merit.  Steed filed a pro se 
 response with the Court.
After a review of the record pursuant to 
 Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
ANDERSON, STILWELL and SHORT, JJ., concur.

 [1] We 
 decide this case without oral argument pursuant to Rule 215, SCACR.